PROB 12B
(6/21)

# United States District Court

## for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Individual Under Supervision
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Individual Under Supervision: Raheem Jackson     Cr.: 21-00839-001
                                                         PACTS #: 6585871

Name of Sentencing Judicial Officer:   THE HONORABLE WILLIAM J. MARTINI
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/22/2022

Original Offense:   Felon in Possession of a Firearm, in violation of U.S.C. 18 § 922(g)(1), a Class C Felony

Original Sentence: 26 months imprisonment, 3 years supervised release

Special Conditions: Consent to Search; Life Skills/Education; Motor Vehicle Compliance

Type of Supervision: Supervised Release               Date Supervision Commenced: 04/17/2022

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

**DRUG TESTING AND TREATMENT**

You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.

## CAUSE

Raheem Jackson currently resides in Newark, New Jersey, is employed full-time as a dishwasher at a local restaurant and has remained communicative and responsive to the probation office. On November 14, 2022, Your Honor signed a Report on Individual Under Supervision (Probation Form 12A), which alerted the Court that Jackson admitted to the use of marijuana in August 2022. Jackson was verbally reprimanded and warned of future consequences should he continue to use drugs.

On December 15, 2022, the undersigned completed a home visit at Jackson's residence and obtained a urine sample that tested positive for amphetamines. Upon questioning, the individual under supervision admitted to consuming an ecstasy pill four days prior. Jackson denied having a substance abuse problem, and stated he took the ecstasy pill to enhance sexual activities. Jackson signed an admission of drug use form admitting to ingesting ecstasy.

Prob 12B – page 2
Raheem Jackson

Jackson was verbally reprimanded for his use of narcotics. The undersigned spoked at length with Jackson regarding his use of drugs, and he admitted to knowing ecstasy was an illegal substance. The individual under supervision was informed that not only is ecstasy illegal, but it is also a dangerous substance.

Notably, Jackson tested positive for ecstasy only six weeks after admitting to the use of marijuana. At this time, the probation officer believes Jackson will benefit from substance abuse treatment.

Since the individual under supervision does not currently have a drug testing and treatment special condition, the probation office is requesting the conditions be modified to include same. On December 20, 2022, Jackson signed the attached Waiver of Hearing Probation Form 49 consenting to a modification of the special conditions to include drug testing and treatment.

The probation office is respectfully recommending the conditions be modified as noted above so that Jackson can be referred for substance abuse treatment. The probation office will monitor Jackson's compliance with treatment, along with the remaining conditions of supervision and we will continue to report any non-compliance to the Court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: *Michael L. Liebes*
MICHAEL L. LIEBES
U.S. Probation Officer

APPROVED:

_____  02/07/2023
CARRIE H. BORONA                 Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

☐ The Extension of Supervision as Noted Above

☒ The Modification of Conditions as Noted Above (as recommended by the Probation Office)

☐ No Action

☐ Other

_____
Signature of Judicial Officer

2/14/23
Date